# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Julie M. Ablan-Woodrow**

       Plaintiff

vs.                                  **CASE NUMBER: 8:20-cv-1237 (ATB)**

**Commissioner of Social Security**

       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the decision of the Commissioner is AFFIRMED, and plaintiffs complaint is DISMISSED, and it is ORDERED, that the Clerk enter judgment for the DEFENDANT.

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 17th day of March, 2022.

DATED: March 17, 2022

_____
Clerk of Court

                                                  s/Kathy Rogers
                                                  Deputy Clerk